PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JACQUELLYN OLIVER, | ) | |
| | ) | CASE NO. 4:25-CV-00841 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF** |
| | ) | **OPINION AND ORDER** |
| Defendant. | ) | [Resolving ECF No. 11] |

On January 28, 2026, the assigned magistrate judge issued a Report and Recommendation that the Commissioner of Social Security's final decision denying Plaintiff's application for supplemental security income be vacated and that Plaintiff's case be remanded for further consideration of her migraine headaches. See ECF No. 11.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. See 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. See *id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. See *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. See *Thomas*, 474 U.S. at 149.

Objections to the Report and Recommendation were due by February 11, 2026. None have been filed. Accordingly, the Court adopts the Report and Recommendation. ECF No. 11.

(4:25-CV-00841)

The Commissioner's decision denying Plaintiff's application for supplemental security income is vacated, and the case is remanded for further consideration of her migraine headaches.  A separate Order of Remand shall issue.

    IT IS SO ORDERED.

| | |
|---|---|
| February 13, 2026 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |